DECEMBER 5, 1995

No. 95–6132. THOMAS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari dismissed under this Court's Rule 46.

No. 95–6978 (A–485). ATKINS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 95–6983 (A–463). O'NEAL v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

DECEMBER 8, 1995

No. 95–299. ARIZONA v. RENO, ATTORNEY GENERAL, ET AL. Appeal from D. C. D. C. Further consideration of question of jurisdiction postponed to hearing of case on the merits. Brief of appellant is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, January 19, 1996. Brief of appellees is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 16, 1996. This Court's Rule 29.2 does not apply.